**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Allyn John KOOPMAN Defendant–**
**Appellant**

No. 16–2114

United States Court of Appeals,
Eighth Circuit.

Submitted: November 17, 2016

Filed: November 22, 2016

Mark Tremmel, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Iowa, Cedar Rapids, IA, for Plaintiff–Appellee.

Allyn John Koopman, Pro Se.

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

After pleading guilty to a drug offense, Allyn John Koopman appeals the district court's[1] order sentencing him to 100 months in prison with 3 years of supervised release. His counsel has moved to withdraw, and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence was unreasonable. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

The sentence was not substantively unreasonable, as the district court sentenced Koopman to a within-Guidelines sentence after stating that it had considered the 18 U.S.C. § 3553(a) factors. *See United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable); *United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009) (under substantive-reasonableness test, district court abuses its discretion if it fails to consider relevant § 3553(a) factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing factors). An independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no non-frivolous issues for appeal.

The judgment is affirmed, and counsel's motion to withdraw is granted.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.